JAMES J. BELDEN, Respondent, *v.* STEVENSON BURKE, Impleaded, etc., Appellant.

(Submitted March 2, 1896; decided March 10, 1896.)

MOTION for re-settlement. (See 147 N. Y. 542.)
Judgment and remittitur amended by adding after the word "affirmed" the words, "on the ground that the plaintiff had actual notice of all the facts complained of."

---

WILLIAM H. FLANDROW, Appellant, *v.* HENRY B. HAMMOND, Respondent.

(Submitted March 2, 1896; decided March 10, 1896.)

MOTION for re-argument denied, with ten dollars costs. (See *ante*, p. 129.)